UNITED STATES of America,
Plaintiff–Appellee

v.

Omar MORENO, Defendant–Appellant.

No. 07–40138
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 25, 2007.

Joseph R. Batte, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Texas, Beaumont, TX, for Plaintiff–Appellee.

Gary R. Bonneaux, U.S. Attorney's Office, Eastern District of Texas, Beaumont, TX, for Defendant–Appellant.

Before JOLLY, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Omar Moreno has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Moreno has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. The Gov-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

ernment's motion to dismiss the appeal is DENIED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.